IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARBOR MCELROY a/k/a LATWAHN MCELROY, <br><br> Plaintiff, <br><br> vs. <br><br> W. L. MUNIZ, et al., <br><br> Defendants. | No. C 15-00083 EJD (PR) <br><br> ORDER ADMINISTRATIVELY CLOSING CASE |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 which was opened under Case No. 15-00042 EJD (PR), on January 6, 2015. Thereafter, Plaintiff filed with the Court a copy of the complaint and the in forma pauperis action which he had filed in Case No. 15-00042 EJD (PR). This was construed as filing a new action under the instant case file, Case No. 15-00083 EJD (PR). Because the instant case was opened in the error, the case shall be administratively closed.

The Clerk shall file copies of all the documents filed by Plaintiff in the instant action into Case No. 15-00042 EJD (PR), terminate any pending motions, and administratively close this action.

DATED: 4/16/2015

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARBOR MCELROY,<br><br>        Plaintiff,<br><br>    v.<br><br>W. L. MUNIZ, et al.,<br><br>        Defendants. | Case No.  5:15-cv-00083-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/16/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Jarbor McElroy ID: P-71922
    Salinas Valley State Prison
    P. O. Box 1050
    Soledad, Ca 93960

Dated: 4/16/2015

                Richard W. Wieking
                Clerk, United States District Court

                By: *Elizabeth C Garcia*
                Elizabeth Garcia, Deputy Clerk to the
                Honorable EDWARD J. DAVILA